**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ENT JS-6  P Send

CIVIL MINUTES - GENERAL

Case No.  CV 03-5117 FMC(AJWx)              Date: August 1, 2003

Title:  DONALD BROWN, et al. v ALBERTSONS, INC., et al.

===============================================================
PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER, JUDGE

| Alicia Mamer | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:  ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT
              (In Chambers)

On April 17, 2003, Plaintiffs Donald Brown, Thomas Lamore, and Sau Yeung filed a class action Complaint in the Los Angeles Superior Court against 107 Defendants. The Complaint alleged the following causes of action: (1) violation of California Labor Code § 432.7; (2) violation of California Labor Code § 432.8; (3) violation of California Business and Professions Code §17200; and (4) declaratory relief.

On July 18, 2003, Defendant Saks Fifth Avenue ("Saks") improperly removed the case to federal court based on diversity jurisdiction. Because it is obvious from the face of the Complaint that complete diversity among the parties is lacking, the Court does not have subject matter jurisdiction to hear this case. Accordingly, the Court, on its own motion, hereby REMANDS the action to the Los Angeles Superior Court. See Acosta v. Direct Merchants Bank, 207 F.Supp.2d 1129, 1130-31 (S.D. Cal. 2002) ("The district court has an obligation to raise [the] lack of subject matter or removal jurisdiction sua sponte even where the parties consent to federal jurisdiction or the defendant fails to move for remand.") (citing 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.") and Harris v. Provident Life and Accident Ins. Co., 26 F.3d 930, 932 (9th Cir. 1994) ("Although no objection was made to removal, we must still address whether federal jurisdiction exists.")).

MINUTES FORM 11                                 Initials of Deputy Clerk ___
CIVIL - GEN

☑ Docketed
☑ Copies (NTC Sent)
☑ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

ENTERED
CLERK, U S DISTRICT COURT
AUG - 4 2003